FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 14 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JAHI HASANATI, : 10-CV-4910 (ARR)(JMA)

                       Plaintiff,

-against- : NOT FOR
PRINT OR ELECTRONIC
THE CITY OF NEW YORK, et al., : PUBLICATION

                       Defendants. : ORDER

------------------------------------------------------------------ X

ROSS, United States District Judge:

        The court has received the Report and Recommendation on the instant case dated August 11, 2011 from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

        Therefore, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

/Signed by Judge Ross/

_____
Allyne R. Ross
United States District Judge

Dated: September 14, 2011
       Brooklyn, New York

SERVICE LIST:

Plaintiff:

Jahi Hasanati
# 10-84246
Metro West Detention Center
13850 NW 41st Street
Miami, FL 33178

1.